IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JOHNNY STEVE CAPPS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: CV506-017 |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER

After a careful review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

This case is **REMANDED** to the Commissioner, pursuant to Sentence four of 42 U.S.C. § 405(g).

SO ORDERED, this 21st day of FEBRUARY, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)